# UNITED STATES DISTRICT COURT

## for

## NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 3 1 2005

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

ORIGINAL

U. S. A. vs. ANDRE MURPHY　　　　　　　　　　　　　Docket No. 1:05-CR-336-01-RWS

### AMENDED
### PETITION FOR WARRANT AND ORDER TO SHOW CAUSE
### WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED
### (*SUPERCEDES PETITION DATED JULY 25, 2005*)

　　　　　COMES NOW Constance C. Tumlin PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of ANDRE MURPHY who was placed on supervision for the offense of Armed Robbery (2 counts as to former docket number IP 93-69-CR-02), in violation of 18 U.S.C. §2113 (a) & (d); Armed Robbery and Use of a Firearm During a Crime of Violence (as to former docket number IP 93-17-CR-02), in violation of 18 U.S.C.§ 2113 (a) & (d), and 18 U.S.C. § 924 (c), by the Honorable Sara Evans Barker sitting in the court at Indianapolis, on the 27th day of September, 1993, who fixed the period of supervision at sixty (60) months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall pay $50.00 a month towards any restitution left unpaid at the commencement of supervised release, and shall pay such until all restitution has been paid in full.

2. The defendant shall participate in a program of testing and treatment for drug and/or alcohol abuse, as directed by the probation officer, until such time as the defendant is released from the program.

3. The defendant shall provide the probation officer access to any requested financial information.

4. The defendant is prohibited from incurring new credit charges or opening additional lines of credit without the approval of the probation officer.

5. The defendant shall submit to the search of his person, vehicle, office/business, residence and property by the probation officer and to the seizure of any contraband found, including illegal drugs and weapons. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

RESTITUTION TOTALING $3,957.05: ($2,418.60 as to IP-93-69-CR-02, $1,538.45 as to IP 93-78-CR-02)

*JURISDICTION TRANSFERRED TO YOUR HONOR ON JULY 18, 2005*

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**POSSESSION/USE OF DRUGS**, in violation of the General Condition which states: While on supervised release, the defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance.

On February 21, March 10, March 18, April 29, May 17, June 17, June 23, July 22, July 23, July 27, August 31, September 23, 2004, Andre Murphy submitted urine samples that tested positive for marijuana.

On July 5, July 14, 2005, Mr. Murphy submitted urine samples that were positive for marijuana.

*AMENDED TO INCLUDE:* On August 8, 2005, and on August 17, 2005, Mr. Murphy submitted urine samples that were positive for marijuana.

MURPHY, Andre
Docket Number: 1:05-CR-336-01-RWS

**FAILURE TO PAY RESTITUTION,** in violation of Special Condition Number 1 which states: The defendant shall pay $50.00 a month towards any restitution left unpaid at the commencement of supervised release, and shall pay such until all restitution has been paid in full.

*AMENDED TO UPDATE:* The last payment submitted by Andre Murphy was received on March 12, 2004, in the amount of $100.00. He has paid $500.00 since commencing supervised release. Mr. Murphy is in arrears $1,700.00. The balance of restitution is $2,648.70.

**FAILURE TO REPORT FOR URINE TESTING,** in violation of Special Condition Number 2 which states: The defendant shall participate in a program of testing and treatment for drug and/or alcohol abuse, as directed by the probation officer, until such time as the defendant is released from the program.

Andre Murphy failed to report for urinalysis on September 27, October 14, October 26, December 23, December 28, 2004; January 21, January 26, June 20, June 30, and July 25, 2005.

PRAYING THAT THE COURT WILL ORDER ANDRE MURPHY to be brought back before the Court at Atlanta, Georgia, to show cause why Supervised Release heretofore entered should not be revoked.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this _29th_ day of _August_, 2005 and ordered filed and made a part of the records in the above case. | Respectfully, <br><br> _____<br>Constance C. Tumlin<br>Sr. U. S. Probation Officer |
| _____<br>Honorable Richard W. Story<br>U. S. District Court Judge | Place: Atlanta, Georgia <br><br> Date: August 23, 2005 <br><br> _____<br>Phillip N. Burgest<br>Supervising U. S. Probation Officer |