IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
RICHARD W. STORY
U.S.D.C. Atlanta

SEP 1 3 2005

LUTHER D. THOMAS, Clerk
By:
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| Plaintiff, : | |
| vs. : | NO. 1:05-CR-336-01-RWS |
| ANDRE MURPHY : | |
| Defendant. : | |

## ORDER REINSTATING SUPERVISED RELEASE-JUDGMENT AND COMMITMENT

On the 13th day of September, 2005 came the attorney for the government and the defendant appeared in person and with counsel Brian Mendelsohn.

A probation officer of this Court having moved the Court to revoke the supervised release heretofore granted the defendant on September 27, 1993 for the period of sixty (60) MONTHS,

the defendant having admitted that he violated the terms and conditions of his supervised release, it is

ORDERED BY THE COURT that the supervised release be, and the same hereby is reinstated, and all prior terms and conditions shall remain the same.

IT IS ORDERED that the Clerk deliver a certified copy of this judgment and commitment to the United States Marshal or other qualified officer and that the copy serve as the commitment of the defendant.

AO 72A
(Rev.8/82)

SO ORDERED, this 13th day of September, 2005.

_/s/ Richard W. Story_
Richard W. Story
Judge, United States District Court