PROB 12

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 03 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

U. S. A. vs. ANDRE MURPHY

Docket Nos.:
1:05-CR-336-01-RWS
1:07-CR-077-01-RWS
1:07-CR-078-01-RWS

## SUMMONS AND ORDER TO SHOW CAUSE
## WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED

COMES NOW Constance C. Tumlin PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of ANDRE MURPHY who was placed on supervision for the offenses of

Armed Robbery (2 counts as to former docket number IP 93-69-CR-02, GAN Case Number 1:07-CR-077-01-RWS), in violation of 18 U.S.C. §2113 (a) & (d);

Armed Robbery and Use of a Firearm During a Crime of Violence (former Docket Number IP 93-17-CR-02, GAN Case Number 1:05-CR-336-01-RWS), in violation of 18 U.S.C.§ 2113 (a) & (d) and 18 U.S.C. § 924 (c) and

Armed Bank Robbery (former Docket Number IP 93-78-CR-02, GAN Case Number 1:07-CR-078-01-RWS), in violation of 18 U.S.C. § 2113 (a) & (d),

by the Honorable Sara Evans Barker sitting in the court at Indianapolis, on the 27th day of September, 1993 who fixed the period of supervision at sixty (60) months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1.  The defendant shall pay $50.00 a month towards any restitution left unpaid at the commencement of supervised release, and shall pay such until all restitution has been paid in full.

2.  The defendant shall participate in a program of testing and treatment for drug and/pr alcohol abuse, as directed by the probation officer, until such time as the defendant is released from the program.

3.  The defendant shall provide the probation officer access to any requested financial information.

MURPHY, Andre
Docket Numbers:
1:05-CR-336-01-RWS
1:07-CR-077-01-RWS
1:07-CR-078-01-RWS

4. The defendant is prohibited from incurring new credit charges or opening additional lines of credit without the approval of the probation officer.

5. The defendant shall submit to the search of his person, vehicle, office/business, residence and property by the probation officer and to the seizure of any contraband found, including illegal drugs and weapons. The defendant shall warn any other residents that the promises may be subject to searches pursuant to this condition.

RESTITUTION TOTALING $3,957.05: ($2,418.60 as to 1:07-CR-77-01-RWS and $1,538.45 as to 1:07-CR-78-01-RWS)

***JURISDICTION TRANSFERRED TO YOUR HONOR ON JULY 18, 2005 as to Case Number 1:05-CR-336-01-RWS; and on March 7, 2007, as to Case Number: 1:07-CR-77-01-RWS and 1:07-CR-78-01-RWS***

***REVOCATION HEARING HELD September 12, 2005, whereby Court ordered Supervised Release reinstated.***

**VIOLATION REPORT dated April 25, 2007**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**POSSESSION/USE OF DRUGS**, in violation of the General Condition which states: While on supervised release, the defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance.

On June 11, 2007, Andre Murphy submitted urine samples that tested positive for marijuana. On June 11, 2007, Andre murphy verbally admitted to use of marijuana.

PRAYING THAT THE COURT WILL ORDER to appear before the Court on July 26, 2007 at 9:30 a.m., as directed to show cause why Supervised Release should not be revoked.

ORDER OF COURT

Considered and ordered this 28th day of June, 2007 and ordered filed and made a part of the records in the above case.

Honorable Richard W. Story
U. S. District Court Judge

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

Constance C. Tumlin
U. S. Probation Officer

Place: Atlanta, Georgia

Date:   June 22, 2007

_signature_ 6/25/07
Phillip N. Burgest
Supervising U. S. Probation Officer