FILED IN CHAMBERS
U.S.D.C Atlanta

JUL 26 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | |
| vs. | : | NO. 1:05-CR-336-01-RWS |
| | : | NO. 1:07-CR-077-01-RWS |
| ANDRE MURPHY | : | NO. 1:07-CR-078-01-RWS |
| Defendant. | : | |

**ORDER CONTINUING SUPERVISED RELEASE-JUDGMENT AND COMMITMENT**

On the 26th day of July, 2007 came the attorney for the government and the defendant appeared in person and with counsel Brian Mendelsohn.

A probation officer of this Court having moved the Court to revoke the supervised release heretofore granted the defendant on September 27, 1993 for the period of sixty (60) months,

the defendant having admitted that he violated the terms and conditions of his supervised release, it is

ORDERED BY THE COURT that the supervised release be, and the same hereby is continued, and

**IT IS HEREBY ORDERED that the defendant complete 120 hours of community service under the guidance and supervision of the United States Probation Officer and he shall be placed on code-a-phone. The defendant shall complete not less than 16 hours of community service per month. Upon completion of community service, the**

AO 72A
(Rev 8/82)

**defendant shall have no supervised release remaining. All prior terms and conditions of supervised release shall remain the same.**

IT IS ORDERED that the Clerk deliver a certified copy of this judgment and commitment to the United States Marshal or other qualified officer and that the copy serve as the commitment of the defendant.

SO ORDERED, this __26th__ day of July, 2007.

Richard W. Story
Judge, United States District Court